# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**GLOBAL WEATHER PRODUCTIONS, LLC,**

    Plaintiff,

v.                                                                            2:24-cv-75-JLB-NPM

**STUDIO 239 LLC,**

    Defendant.

## ORDER

    This is a copyright-infringement action. On January 23, 2024, plaintiff Global Weather Productions, LLC filed its complaint seeking injunctive relief and damages against defendant Studio 239 LLC. (Doc. 1). Thereafter, Studio 239's registered agent and principal, Timothy H. Guerrette, filed a document that purports to be Studio 239's answer to the complaint. (Doc. 8). Because Studio 239 is not represented by counsel, Global Weather moves to strike the answer and to continue the Rule 16 conference. (Doc. 14).

    Pursuant to 28 U.S.C. § 1654, parties may appear and conduct their cases personally. That said, a lay person cannot represent any other person or entity. *U.S. ex rel. Stronstorff v. Blake Med. Ctr.*, No. 8:01- CV-844-T23MSS, 2003 WL 21004734, *1 (M.D. Fla. Feb. 13, 2003). Non-natural persons or artificial entities such as corporations, partnerships, and associations, may appear in federal court only through licensed counsel. *Id.* (citing *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-02 (1993)); *see also*, M.D. Fla. R. 2.02(b)(2). This rule applies with "equal force

to limited liability companies such as Defendant." *Sadowski v. TLB Project, LLC*, No. 8:23-CV-740-WFJ-MRM, 2023 WL 4107109, *1 (M.D. Fla. June 21, 2023). As a result, Guerrette may not appear or litigate on Studio 239's behalf.

Accordingly, Global Weather's motion (Doc. 14) is **GRANTED**. As such, Studio 239 LLC's answer (Doc. 8) is deemed stricken, and the clerk is directed to delete the PDF file from the CM/ECF docket. The Rule 16 conference and related case-management-report deadline are rescheduled. By **May 14, 2024**, Studio 239 LLC must retain counsel to represent it, and have counsel file a Local Rule 3.03 disclosure statement and a response to the complaint. If Studio 239 LLC fails to comply by this deadline, the clerk may default Studio 239 without further notice.

**ORDERED** on April 16, 2024

_____
NICHOLAS P. MIZELL
United States Magistrate Judge